UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CITY PARKWAY V, INC., et al., | ) |
| Plaintiffs/Counterdefendants, | ) 2:09-CV-01299-PMP-GWF |
| v. | ) |
| UNION PACIFIC RAILROAD COMPANY, | ) ORDER |
| Defendant/Counterclaimant. | ) |

IT IS ORDERED that the parties shall file a joint proposed pretrial order on or before January 15, 2013.

DATED: December 3, 2012

_____
PHILIP M. PRO
United States District Judge