1

2

3

4                              UNITED STATES DISTRICT COURT

5                                     DISTRICT OF NEVADA

6                                            * * *
                                              )
7    CITY PARKWAY V, INC., et al.,            )
                                              )
8              Plaintiffs/Counterdefendants,  )              2:09-CV-01299-PMP-GWF
                                              )
9    v.                                       )
                                              )
10   UNION PACIFIC RAILROAD                   )
     COMPANY,                                 )              ORDER
11                                            )
               Defendant/Counterclaimant.     )
12                                            )

13             IT IS ORDERED that the parties shall file a joint proposed pretrial order on or

14   before January 15, 2013.

15

16   DATED:  December 3, 2012

17                                                _____
                                                  PHILIP M. PRO
18                                                United States District Judge

19

20

21

22

23

24

25

26