UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CITY PARKWAY V, INC., et al., )<br>)<br>　　　Plaintiff(s), )<br>)<br>　　　　　vs )<br>)<br>UNION PACIFIC RAILROAD )<br>COMPANY, )<br>)<br>　　　Defendant(s). )<br>_____ ) | Case # 2:09-CV-1299-PMP-GWF<br><br>ORDER REFERRING CASE FOR<br>SETTLEMENTRENCE |

　　　This case is currently stacked on the Trial Calendar of **Tuesday, November 5, 2013,** for a Jury Trial.

　　　**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **George W. Foley** for a settlement conference.

　　　DATED this 17th day of January, 2013.

_____
PHILIP M. PRO, U. S. DISTRICT JUDGE