UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CITY PARKWAY V, INC., *et al.*,<br><br>        Plaintiffs,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>        Defendant. | Case No. 2:09-cv-01299-PMP-GWF<br><br>**ORDER** |

This matter comes before the Court on Michael Connelly, Esq., Debra Baker, Esq., and Karen Dow, Esq.'s ("Counsel") Motion to Withdraw as Counsel for Defendant (#145), filed on November 26, 2013. The Court finds that Counsel establishe good cause to withdraw, and Defendant has other counsel of record in this case. Furthermore, under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. The time to oppose the instant Motion has expired, and no opposition has been filed. Accordingly,

**IT IS HEREBY ORDERED** that Michael Connelly, Esq., Debra Baker, Esq., and Karen Dow, Esq.'s Motion to Withdraw as Counsel for Defendant (#145) is **granted**.

DATED this 17th day of December, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge