UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CITY PARKWAY V, INC., et al., </br></br> Plaintiffs/Counterdefendants, </br></br> v. </br></br> UNION PACIFIC RAILROAD COMPANY, </br></br> Defendant/Counterclaimant. | 2:09-CV-01299-PMP-GWF </br></br> ORDER |

IT IS ORDERED that counsel for the parties shall appear on Thursday, May 8, 2014 at 2:00 p.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101, for a status conference. Counsel wishing to appear by telephone shall call the Court's meet-me-line number (702-868-4909), enter the passcode 123456, and remain on the line until the Court's clerk joins the call. This call must be made by land line, no cell phones or hands free devices.

DATED: April 25, 2014

_____
PHILIP M. PRO
United States District Judge